UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case Number 7:17-CR-90-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| | * ORDER TO SEAL |
| RYAN C. HUNT | * |
| Defendant | * |

On motion of the Defendant, and for good cause shown, it is hereby ORDERED that the Defendant's Response to Presentence Investigation Report be sealed until further Orders of this Court. The Court further strikes from the Docket Docket Entry #28 on the grounds stated in that Response.

IT IS SO ORDERED.

This  5  day of January 2018.

James C. Dever, III
Chief United States District Judge